

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00218-CR

| | | |
|---|---|---|
| Kevin Beckstrand, Appellant | § | On Appeal from the 432nd District Court |
| | § | of Tarrant County (1788472) |
| v. | § | August 14, 2025 |
| | § | Memorandum Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker